**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:   1

| Case No.: | 18-31351-SGJ | | Trustee Name: | Jeffrey H. Mims |
|---|---|---|---|---|
| Case Name: | VANTAGE BENEFITS ADMINISTRATOR, IN | | Date Filed (f) or Converted (c): | 04/19/2018 (f) |
| For the Period Ending: | 1/11/2023 | | §341(a) Meeting Date: | 07/11/2018 |
| | | | Claims Bar Date: | 12/17/2018 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | http://www.vantagebenefits.com | Unknown | $0.00 | | $0.00 | FA |
| 2 | Customer Lists | Unknown | $0.00 | | $0.00 | FA |
| 3 | Interests in insurance policies or annuities | Unknown | $5,000,000.00 | | $0.00 | $5,000,000.00 |
| 4 | Chapter 5 claims to recover embezzled funds.        (u) | Unknown | $14,000,000.00 | | $0.00 | $10,000,000.00 |
| Asset Notes: | Trustee has filed his adversary(s) against various parties to assert the estate's claims to recover funds embezzled from various types of non-debtor accounts. | | | | | |

TOTALS (Excluding unknown value)                                                                                                                          Gross Value of Remaining Assets

|  | $0.00 | $19,000,000.00 | | $0.00 | $15,000,000.00 |
|---|---|---|---|---|---|

**Major Activities affecting case closing:**

Trustee is investigating various avenues of recovery and has employed special counsel for Trustee to pursue litigation to recover assets for this estate. The major remaining adversary that Trustee has brought is against Matrix Trust and this adversary is currently still in the discovery stage, the Trustee was able to defeat Matrix Trust's motion to dismiss.  Trustee is unable to speculate at this time as to the remaining time to reach a final report in this case because of the unknown time to take the remaining adversary(s) through to completion.

Initial Projected Date Of Final Report (TFR):        12/31/2020        Current Projected Date Of Final Report (TFR):        09/30/2023

/s/ JEFFREY H. MIMS

JEFFREY H. MIMS
TRUSTEE